68736. COTTON STATES MUTUAL INSURANCE COMPANY
v. NEESE et al.
(334 SE2d 45)

McMURRAY, Presiding Judge.

The decision of the Court of Appeals in this case, *Cotton States Mut. Ins. Co. v. Neese*, 173 Ga. App. 62 (325 SE2d 431), having been affirmed in part and reversed in part by the Supreme Court in *Cotton States Mut. Ins. Co. v. Neese*, 254 Ga. 335 (329 SE2d 136), our deci-

sion is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed in part and reversed in part. Deen, P. J., and Sognier, J., concur.*

DECIDED JULY 3, 1985.

*E. Wycliffe Orr*, for appellant.

*C. Michael Roach, Nicholas E. Bakatsas, James D. Hogan, Jr.*, for appellees.